UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>AGUSTIN GUTIERREZ VALENCIA, ROSALIO REYNOSO ARELLANO, and IVAN SANTOS ARELLANO,<br><br>                Defendants. | CASE NO. 2:22-cr-00151-LK<br><br>ORDER GRANTING MOTION FOR SCHEDULING ORDER TO GOVERN THIRD-PARTY CLAIMS |

This matter comes before the Court on the Government's Motion for Scheduling Order to Govern Third-Party Claims. Dkt. No. 318. The Government requests that the Court issue a scheduling order governing ancillary proceedings arising from claims to five preliminarily forfeited firearms in this case. *Id.* at 2; *see also* Dkt. Nos. 303, 304, 305 (preliminary orders of forfeiture); Dkt. Nos. 307, 314, 315, 316, 317 (claims). No party or claimant has responded to the motion.

The Government seeks a scheduling order to govern the following claims:

    (i)        John L. Ogletree's claim asserting an interest in the preliminarily forfeited Glock 20 Gen 4 Pistol, bearing serial number BLNP708 (Dkt. No. 307);

    (ii)       Jeremy L. Yama's claim asserting an interest in the preliminarily forfeited Tavor X95 rifle, bearing serial number T1002558 (Dkt. No. 314);

    (iii)      Merissa Murner's claim asserting an interest in the preliminarily forfeited Springfield XDS9 pistol, bearing serial number S3645715 (Dkt. No. 315);

    (iv)      Paul Joseph Au-France's claim asserting an interest in the preliminarily forfeited American Tactical Omni Hybrid Multi-Cal rifle, bearing serial number NS253683 (Dkt. No. 316); and

    (v)       Tyler Jacobson's claim asserting an interest in the preliminarily forfeited CZ P-09 9mm pistol, bearing serial number B505763 (Dkt. No. 317).

Dkt. No. 318 at 2.

Courts may permit discovery and entertain motions related to a third-party claim pursuant to Federal Rule of Criminal Procedure 32.2(c)(1). To the extent an evidentiary hearing on a third-party claim is required, courts conduct those hearings pursuant to 21 U.S.C. § 853(n)(2) and (4)–(6). The Court, having reviewed the Government's motion as well as the other papers and pleadings filed in this matter, including the above-listed claims, Dkt. Nos. 307, 314, 315, 316, 317, hereby finds that entry of an order setting a discovery schedule and a motions deadline is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1) The Government's Motion is GRANTED, Dkt. No. 318;

2) The Government and the claimants may engage in discovery related to the above-listed claims. The discovery period closes on **December 2, 2025**; thereafter, they shall file any dispositive motions no later than **January 12, 2026**; and

3) If necessary, an evidentiary hearing will be scheduled and held on the above-listed claims.

4) The United States shall serve this Order on the above-listed claimants via certified mail and file proofs of service with the Court no later than 14 days from the date of this Order.

The Court also notifies the claimants that to file motions, responsive briefing, or other appropriate submissions with the Court, they may either (1) mail them to the Court at U.S. District Court, 700 Stewart Street, Seattle, WA, 98101 with the case numbers for this case (2:22-cr-00151-LK) on all documents, or (2) sign up to file electronically by contacting the CM/ECF Support Team and following their instructions. The claimants can reach the CM/ECF Support Team by phone at (206) 370-8440, option#2, or by email at cmecf@wawd.uscourts.gov.

Dated this 16th day of July, 2025.

Lauren King
United States District Judge